UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMBROSE GABRIEL | CIVIL ACTION |
| VERSUS | NO. 10-1780 |
| KEYSTONE SHIPPING COMPANY | SECTION "C" (2) |
| | JUDGE BERRIGAN<br>MAG. WILKINSON |

### ORDER OF DISMISSAL

Considering the Joint Motion to Dismiss with Prejudice;

IT IS HEREBY ORDERED that the motion be granted, and that this action be dismissed with prejudice, each party to bear its own costs;

~~IT IS FURTHER ORDERED that the terms of the Receipt, Release and Indemnity Agreement (the "Agreement") attached to the motion be incorporated by reference herein and become terms and conditions of this Order, and further, that this Court shall retain jurisdiction to enforce the terms of the Agreement, as such terms are expressly made part of this Order. See *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430-34 (5th Cir. 2002).~~

This 23rd day of February, 2011.

UNITED STATES DISTRICT JUDGE

PD.4642690.1